Cheyenne FINCHAM, a minor; Renee Fincham, both individually and as Guardian Ad Litem for Cheyenne Fincham, Plaintiffs–Appellants,

v.

PALOS VERDES UNIFIED SCHOOL DISTRICT; Busia, in her individual capacity; Susan Kenner, in her individual capacity; Robert Bordley, in his individual capacity; Rita Wolenik, in her individual capacity; South Bay Child Guidance Center; Kerry A. Causey, in her individual capacity; Wendy Roberts, M.D., in her individual capacity; Amy Eisman, in her individual capacity;—Board of Education of Palos Verdes Unified School District, Defendants–Appellees,

and

SouthWest Special Education Local Plan Agency;—Los Angeles County Department of Education, Defendants.

No. 00–57079.

D.C. No. CV–00–08847–LBG.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 17, 2002.

Decided March 4, 2002.

Before SCHROEDER, Chief Judge, McKEOWN, Circuit Judge and ZILLY *, District Judge.

MEMORANDUM **

Cheyenne Fincham and her mother originally appealed from the district court's order dismissing her complaint for injunctive relief and damages for failure to exhaust administrative remedies. Appellants have now acknowledged that the injunctive relief they sought is no longer necessary because Cheyenne is now attending school. Thus this claim is moot and the appeal on this issue should be dismissed. The primary question on appeal is whether the district court's decision should be vacated in order to allow plaintiffs to seek attorney's fees. As to the damages claim, we agree with the district court that plaintiffs were required to exhaust administrative remedies. Accord-

---

* The Honorable Thomas S. Zilly, United States District Judge for the Western District of Washington, sitting by designation.

ingly, plaintiffs were not entitled to attorneys' fees. 20 U.S.C. § 1415(i)(3)(B).

Appeal DISMISSED as moot as to the claim for injunctive relief; AFFIRMED, in all other respects.

---

* The Honorable Richard D. Cudahy, Senior Circuit Judge for the Seventh Circuit Court of Appeals, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.